UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

WILLIAM E. LYONS,

                              **Plaintiff,**

    - v -                                                       Civ. No. 1:10-CV-215
                                                                      (TJM/RFT)

HILLARY CLINTON; ARCHIE WILLIAMS, Judge;
COLUMBIA COUNTY, New York; NEW YORK STATE,

                              **Defendants.**
_____

**THOMAS J. McAVOY,**
**Senior United States District Judge**


## DECISION & ORDER

**I. INTRODUCTION**

      This *pro se* action brought pursuant to 42 U.S.C. § 1983 was referred to the Hon. Randolph F. Treece, United States Magistrate Judge, for a Report and Recommendation pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3(c).  No objections to the Report-Recommendation and Order dated April 23, 2010 have been filed, and the time to do so has expired.  Furthermore, after examining the record, this Court has determined that the Report-Recommendation and Order is not subject to attack for plain error or manifest injustice.

**II. CONCLUSION**

      Accordingly, the Court **ADOPTS** the Report-Recommendation and Order for the reasons stated therein.  Therefore, it is hereby

1

**ORDERED** that the Amended Complaint (Dkt. No. 8) is **DISMISSED** in part in accordance with Magistrate Judge Treece's Report-Recommendation and Order. In this regard, all of the presently named Defendants are **DISMISSED** from this action and the **Clerk is ordered to substitute eight "John Does" as Defendants** in this action. <u>Plaintiff is **ORDERED** to submit a **status report** to Magistrate Judge Treece within **thirty (30)**[1] days of the date of **this** Decision and Order. The status report will inform the Court as to the steps PLAINTIFF has taken to identify the "John Doe" defendants.</u> Failure to comply with this Order may result in the dismissal of the action for failure to prosecute.

**IT IS SO ORDERED**

Dated: March 15, 2011

*Thomas J. McAvoy*
Thomas J. McAvoy
Senior, U.S. District Judge

---

[1] Magistrate Judge Trecce's Order says that the status report must be filed "within thirty (60) days" of the Court's adoption of the Report and Recommendation. The Court presumes that the written word "thirty" controls and that the number "60" is a typographical error intended to be a "30" corresponding with the typed word. Nevertheless, this Order requires that the status report be filed within **THIRTY (30)** days.